DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.Z.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **STATEWIDE GUARDIAN AD LITEM OFFICE,**
Appellees.

No. 4D2023-2795

[June 7, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Alberto Ribas, Jr., Judge; L.T. Case No. 22-679CJDP.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Florida Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee, for appellee Statewide Guardian ad Litem Office.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***